UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL, | No. 2:14-cv-1192 DAD |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner who filed an action for alleged civil rights violations under 42 U.S.C. § 1983. By an order filed December 31, 2014, plaintiff was required to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on the defendant, Brett Matthew Fleming. (See ECF No. 10.) That thirty-day period has long since passed, and plaintiff has not responded in any way to the court's order.

Local Rule 110 states that "[f]ailure of ... a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Federal Rule of Civil Procedure 41(b) authorizes dismissal of a case for a party's failure to prosecute his claims or for failure to comply with a court order. In this case, plaintiff's failure to comply with the court's order of December 31, 2014, suggests that plaintiff does not intend to prosecute his claims further. The court will grant plaintiff thirty days from the date of this order in which to show cause why his

1  case should not be dismissed.  Failure to respond to this order will result in a recommendation
2  that this action be dismissed.
3      Accordingly, IT IS HEREBY ORDERED that plaintiff has thirty days from the date of
4  this order in which to show cause why his case should not be dismissed pursuant to Federal Rule
5  Civil Procedure 41(b) and Local Rule 110.
6  Dated:  August 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
pime1192.osc