IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO PIMENTEL,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JEFFREY BEARD, et al.,**<br><br>　　　　　　　　　Defendant. | Case No. 2:14-cv-1192-MCE-DB<br><br>**ORDER** |

Good cause appearing, Defendant Fleming's request for an extension of time (ECF No. 52) to respond to Plaintiff's second amended complaint is GRANTED. Defendant Fleming's deadline to respond to Plaintiff's second amended complaint is extended until twenty-one days after the District Court Judge makes a ruling on the June 13, 2017 Findings and Recommendations (ECF No. 47).

**IT IS SO ORDERED**.

DATED: September 15, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/pime1192.answ eot