IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RICARDO PIMENTEL,**

        Plaintiff,

v.

**JEFFREY BEARD, et al.,**

        Defendant.

Case No. 2:14-cv-1192 MCE DB

**ORDER**

The Court, having considered Defendant's Motion to Modify the Discovery and Scheduling Order, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's motion (ECF No. 63) is granted. The deadline for the filing of dispositive motions is extended to June 29, 2018.

DATED: May 21, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/pime1192.dso eot