IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL, | Case No. 2:14-cv-1192 MCE DB P |
| Plaintiff, | ORDER GRANTING REQUEST TO SEAL DOCUMENTS |
| v. | |
| JEFFREY BEARD, et al., | |
| Defendants. | |

The Court has reviewed Defendant Fleming's request to seal Exhibits B and C to the Declaration of Fleming in Support of Motion for Summary Judgment. The Exhibits comprise letters and a note between gang members or affiliates or suspected gang members or affiliates, as well as memoranda analyzing and describing the gang-related communications. These documents are deemed confidential by the California Department of Corrections and Rehabilitation under California Code of Regulations, Title 15, Section 3321(a)(1) and (a)(2).

The court finds good cause to seal Exhibits B and C based on the risk that their dissemination could pose a safety risk to the current and former gang-member inmates identified in the documents. See Gonzalez v. Cate, No. 2:11-cv-3196 GEB EFB P, 2016 WL 4035722, at *1 (E.D. Cal. July 28, 2016), rep. and reco. adopted, 2016 WL 4702814 (E.D. Cal. Sept. 7, 2016).

1     Good cause appearing, Exhibits B and C to the Declaration of Officer B. Fleming shall be filed under seal.

    Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's June 29, 2018 Request to Seal Documents (ECF No. 72) is granted; and
2. The Clerk of the Court is directed to filed under seal Exhibits B and C to the Declaration of Fleming in Support of Motion for Summary Judgment. <u>See</u> E.D. Cal. R. 141(e)(2)(i).

Dated: July 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/pime1192.seal exs