UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRETT MATHEW FLEMING,<br><br>    Defendant. | No. 2:14-cv-1192 MCE DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On June 29, 2018, defendant filed a motion for summary judgment. In July 2018, plaintiff requested, and was granted, a thirty-day extension of time to respond. (ECF Nos. 75, 78.) Pursuant to the court's order filed July 31, 2018, plaintiff's opposition to the summary judgment motion was due to be placed in the mail by August 31, 2018. To date, plaintiff has not filed an opposition to the summary judgment motion or otherwise responded to the court's July 31 order.

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall file a document showing why this case should not be dismissed for his failure to file an opposition to the summary judgment motion. If plaintiff fails to respond to this order, this

////

////

1

court will recommend the action be dismissed without prejudice for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated:  September 17, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/pime1192.fta osc